No. 68625.—Metasco, Inc. v. United States, protests 58/25349 and 60/10829 (Tampa).

Opinion by LAWRENCE, J. In accordance with sitpulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.